# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| HANI ASFOUR, | ) | No. 15-01812 |
| | ) | |
| Debtor. | ) | Hon. Janet S. Baer |
| | ) | |
| | ) | Hearing Date: July 26, 2016 |
| | ) | Hearing Time: 10:00 a.m. |
| | ) | Room No.: 615 |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on **July 26, 2016**, at **10:00 a.m.**, we shall appear before the Honorable Janet S. Baer, or such other judge as may be sitting in her stead, in Courtroom 615 at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present the attached **Trustee's Application for Compensation and Expenses.**

Dated: June 21, 2016

Respectfully submitted,

By: /s/ *Frances Gecker*
Frances Gecker, Chapter 7 Trustee

Frances Gecker (IL ARDC #6198450)
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60654
(312) 276-1400
(312) 276-0035 (fax)

{ASFOUR/001/00046497.DOC/}

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| ASFOUR, HANI | ) | CASE NO. 15-01812-JSB |
| | ) | |
| Debtor(s). | ) | Hon. Janet S. Baer |

**TRUSTEE'S APPLICATION FOR**
**COMPENSATION AND EXPENSES**

TO:   THE HONORABLE Janet S. Baer

NOW COMES Frances Gecker, Trustee herein, pursuant to 11 U.S.C. §330, and requests $6,625.00 as compensation and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

**I. COMPUTATION OF COMPENSATION**

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $67,500.00. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $4,500.00 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $875.00 | ($47,500.00 max.) |
| 03% of balance | $0.00 | |
| | | |
| TOTAL COMPENSATION | $6,625.00 | |

{ASFOUR/001/00046497.DOC/}

## II. TRUSTEE'S EXPENSES

None

TOTAL EXPENSES                                    $0.00

    The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated:  June 21, 2016                    /s/ Frances Gecker
                                         Frances Gecker, Trustee

Frances Gecker (IL ARDC #6198450)
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60654
(312) 276-1400
(312) 276-0035 (fax)