UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Hani Asfour, | ) | Case No. 15 B 01812 |
| | ) | |
| Debtor. | ) | Honorable Judge Janet S. Baer |
| | ) | |

**NOTICE OF WITHDRAWAL**

To:   See Attached Service List

     PLEASE TAKE NOTICE that the **CHAPTER 7 TRUSTEE'S FINAL ACCOUNT** previously filed on November 14, 2016 (**Document #42**) is withdrawn.   It is withdrawn because the document was filed in error.

                              /s/ Patrick S. Layng
                              Patrick S. Layng, U.S. Trustee
                              Office of the U.S. Trustee
                              219 South Dearborn, Room 873
                              Chicago, Illinois   60604
                              (312) 886-7481

**CERTIFICATE OF SERVICE**

     I, Patrick S. Layng, the U.S. Trustee, state that pursuant to Local Rule 9013-3(D) the above **Notice of Withdrawal** was filed on November 14, 2016, and served on all parties identified as Registrants on the service list below through the Court's Electronic Notice for Registrants and, as to all other parties on the service list below, I caused a copy to be sent via First Class Mail to the address(es) indicated on November 14, 2016.

                              /s/Patrick S. Layng

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

David P. Lloyd
courtdocs@davidlloydlaw.com

Frances Gecker
fgecker@fgllp.com

**Parties Served via First Class Mail:**

Hani Asfour
9344 Major Avenue
Chicago, IL   60453