# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
§
HANI ASFOUR § Case No. 15-01812
§
§
Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 1,038,920.86 *(Without deducting any secured claims)* | Assets Exempt: 6,201.00 |
| Total Distributions to Claimants: 41,826.81 | Claims Discharged Without Payment: 1,962,183.78 |
| Total Expenses of Administration: 25,673.19 | |

3) Total gross receipts of $ 67,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 67,500.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 1,124,859.72 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 25,673.19 | 25,673.19 | 25,673.19 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 3,686.10 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 886,170.46 | 633,598.10 | 633,598.10 | 41,826.81 |
| **TOTAL DISBURSEMENTS** | $ 2,014,716.28 | $ 659,271.29 | $ 659,271.29 | $ 67,500.00 |

4) This case was originally filed under chapter 7 on 01/20/2015 . The case was pending for 21 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/20/2016           By:/s/Frances Gecker
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2601 W. 51ST ST. CHICAGO IL COMMERCIAL PROPERTY-STORE | 1110-000 | 67,500.00 |
| TOTAL GROSS RECEIPTS | | $ 67,500.00 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America PO Box 660807 Dallas, TX 75266-0807 | | 101,262.58 | NA | NA | 0.00 |
| | BMO Harris Bank c/o Crowley & Lamb, PC 221 N. LaSalle St., Ste. 1550 Chicago, IL 60601 | | 604,300.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Brevard Tax Collector Lisa Cullen PO Box 2500 Titusville, FL 32780 | | 102.98 | NA | NA | 0.00 |
| | Citi | | 29,731.86 | NA | NA | 0.00 |
| | CitiMortgage, Inc. c/o Pierce & Associates 1 N. Dearborn, 13th Floor Chicago, IL 60602 | | 57,000.00 | NA | NA | 0.00 |
| | Republic Bank RUFF FREUD BREEMS NELSON 200 N LASALLE 2020 Chicago, IL 60601 | | 140,000.00 | NA | NA | 0.00 |
| | United Trust Bank c/o Griffin & Gallagher, LLC 10001 S. Roberts Rd. Palos Hills, IL 60465 | | 192,462.30 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 1,124,859.72 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Frances Gecker | 2100-000 | NA | 6,625.00 | 6,625.00 | 6,625.00 |
| ADAMS-LEVINE | 2300-000 | NA | 42.12 | 42.12 | 42.12 |
| Associated Bank | 2600-000 | NA | 405.42 | 405.42 | 405.42 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANKGECKER LLP | 3110-000 | NA | 13,182.00 | 13,182.00 | 13,182.00 |
| FRANKGECKER LLP | 3120-000 | NA | 211.45 | 211.45 | 211.45 |
| ALAN D. LASKO & ASSOCIATES P. C. | 3410-000 | NA | 1,810.60 | 1,810.60 | 1,810.60 |
| ALAN D. LASKO & ASSOCIATES P. C. | 3420-000 | NA | 21.60 | 21.60 | 21.60 |
| CHICAGO REAL ESTATE RESOURCES | 3510-000 | NA | 3,375.00 | 3,375.00 | 3,375.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 25,673.19 | $ 25,673.19 | $ 25,673.19 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Deparment of Revenue PO Box 19035 Springfield, IL 62794-9035 | | 500.00 | NA | NA | 0.00 |
| | Internal Revenue Service 14479 S. John Humphrey Drive Orland Park, IL 60462 | | 3,186.10 | NA | NA | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ 3,686.10 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Alarm Detection Systems, Inc 1111 Church Road Aurora, IL 60505 | | 1,026.33 | NA | NA | 0.00 |
| | Barr Management 6408 N. Western Ave. Chicago, IL 60645 | | 350.00 | NA | NA | 0.00 |
| | Chicago Disposal, Inc. c/o Snyder & Assc., LLC 120 E. Ogden Ave., Suite 17B Hinsdale, IL 60521 | | 642.26 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi Platinum Processing Center Des Moines, IA 50363-0005 | | 9,629.83 | NA | NA | 0.00 |
| | City of Chicago Admin. Hearings PO Box 71429 Chicago, IL 60694-1429 | | 700.00 | NA | NA | 0.00 |
| | City of Chicago Department of Finance-Water Billing PO Box 6330 Chicago, IL 60680-6330 | | 646.24 | NA | NA | 0.00 |
| | Dearborn Wholesale Grocers 2455 South Damen Ave Chicago, IL 60608 | | 1,298.41 | NA | NA | 0.00 |
| | Edward A. Cohen & Associates PC 8150 W. 111th Street Suite 16 Palos Hills, IL 60465 | | 1,469.97 | NA | NA | 0.00 |
| | First Financial Bank 300 High St. Hamilton, OH 45011 | | 2,115.00 | NA | NA | 0.00 |
| | Halawa & Associates, Ltd CPA Firm 7000 West 111th Street, Ste 102 Worth, IL 60482 | | 1,935.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Holy Cross Hospital PO Box 2166 Bedford Park, IL 60499-2166 | | 1,209.25 | NA | NA | 0.00 |
| | IC System 444 Highway 96 East PO Box 64378 Saint Paul, MN 55164-0379 | | 389.03 | NA | NA | 0.00 |
| | J's Enterprise Montrose Wholesale 4417 W. Montrose Av. Chicago, IL 60641-2021 | | 719.00 | NA | NA | 0.00 |
| | Marino & Assoc., P.C. 3310 N. Harlem Av. Chicago, IL 60634 | | 16,478.28 | NA | NA | 0.00 |
| | Moses Meats 9301 Mallard Lane Saint John, IN 46373 | | 2,127.00 | NA | NA | 0.00 |
| | SallieMae PO Box 13611 Philadelphia, PA 19101-3611 | | 9,016.28 | NA | NA | 0.00 |
| | T-Mobile c/o Diversified Consultants, Inc. P.O. Box 551268 Jacksonville, FL 32255-1268 | | 763.09 | NA | NA | 0.00 |
| | United Trust Bank c/o Griffin & Gallagher, LLC 10001 S. Roberts Rd. Palos Hills, IL 60465 | | 191,351.70 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | BMO HARRIS BANK, N.A. | 7100-000 | 604,300.00 | 585,949.44 | 585,949.44 | 38,681.30 |
| 1 | COMMONWEALTH EDISON COMPANY | 7100-000 | 4,225.90 | 5,406.67 | 5,406.67 | 356.92 |
| 3 | DISCOVER BANK | 7100-000 | 7,997.42 | 7,997.42 | 7,997.42 | 527.95 |
| 4 | DISCOVER BANK | 7100-000 | 13,968.82 | 16,644.79 | 16,644.79 | 1,098.80 |
| 6 | ILLINOIS STATE LOTTERY | 7100-000 | 13,019.23 | 15,475.86 | 15,475.86 | 1,021.63 |
| 7 | LAW OFFICES OF MICHAEL DAVIES | 7100-000 | NA | 1,815.15 | 1,815.15 | 119.83 |
| 5 | NICOR GAS | 7100-000 | 792.42 | 308.77 | 308.77 | 20.38 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 886,170.46 | $ 633,598.10 | $ 633,598.10 | $ 41,826.81 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-01812 | JSB | Judge: | Janet S. Baer | Trustee Name: | Frances Gecker |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | HANI ASFOUR | | | | Date Filed (f) or Converted (c): | 01/20/2015 (f) |
| | | | | | 341(a) Meeting Date: | 02/20/2015 |
| For Period Ending: | 10/20/2016 | | | | Claims Bar Date: | 01/22/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 9344 MAJOR AVE., OAK LAWN, IL 60453 RESIDENCE | 150,000.00 | 0.00 | OA | 0.00 | FA |
| 2. 11901-41 S. VICENNES AVE., BLUE ISLAND, IL 60406 VACANT LOTS | 100,000.00 | 0.00 | OA | 0.00 | FA |
| 3. 2612 W. 71ST ST., CHICAGO, IL 60629 SINGLE STORY COMMERCIAL | 200,000.00 | 0.00 | OA | 0.00 | FA |
| 4. 4635 W. 63RD ST., CHICAGO, IL 60629 COMMERCIAL PROPERTY--FOR  Foreclosure complete. | 500,000.00 | 0.00 | | 0.00 | FA |
| 5. 6442 W 60TH STREET CHICAGO, IL 60629 MOTHER'S RESIDENCE-OWNE | 60,000.00 | 0.00 | OA | 0.00 | FA |
| 6. 2601 W. 51ST ST. CHICAGO IL COMMERCIAL PROPERTY- STORE | 200,000.00 | 0.00 | | 67,500.00 | FA |
| 7. SW 2350 IRWIN AV. PALM BAY, FLORIDA 2 ACRES VACANT LAND | 5,000.00 | 0.00 | OA | 0.00 | FA |
| 8. BMO HARRIS BANK CHECKING  Debtor took exemption. | 100.00 | 0.00 | | 0.00 | FA |
| 9. REPUBLIC BANK CHECKING  Debtor took exemption. | 100.00 | 0.00 | | 0.00 | FA |
| 10. ORDINARY FURNITURE AND HOUSEHOLD GOODS  Debtor took exemption. | 2,000.00 | 0.00 | | 0.00 | FA |
| 11. INSURANCE POLICIES - COUNTRY FINANCIAL WHOLE LIFE WIFE IS BE  Debtor took exemption. | 0.00 | 0.00 | | 0.00 | FA |
| 12. STOCK - PARK FOODS OF 71ST STREET, INC. DISSOLVED 2011 | 0.00 | 0.00 | | 0.00 | FA |
| 13. STOCK - ASFOUR PROPERTIES, LLC DISSOLVED 2012 | 0.00 | 0.00 | | 0.00 | FA |
| 14. CONTINGENT CLAIMS - POTENTIAL CLASS ACTION SETTLEMENT OF CIT | Unknown | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 15-01812 | JSB | Judge: | Janet S. Baer | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|---|
| Case Name: | HANI ASFOUR | | | | Date Filed (f) or Converted (c): | 01/20/2015 (f) |
| | | | | | 341(a) Meeting Date: | 02/20/2015 |
| For Period Ending: | 10/20/2016 | | | | Claims Bar Date: | 01/22/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15. 2002 MITSUBISHI LANCER | 1,500.00 | 0.00 | | 0.00 | FA |
| Debtor took exemption. | | | | | |
| 16. 2003 GMC ENVOY | 3,000.00 | 0.00 | | 0.00 | FA |
| Debtor took exemption. | | | | | |
| 17. 2001 VW NEW BEETLE | 500.00 | 0.00 | | 0.00 | FA |
| Debtor took exemption. | | | | | |
| 18. 2003 HYUNDAI SANTA FE | 500.00 | 0.00 | | 0.00 | FA |
| Debtor took exemption. | | | | | |
| 19. OTHER PERSONAL PROPERTY - FUNDS DEPOSITED WITH CLERK OF COUR | 22,421.86 | 0.00 | | 0.00 | FA |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,245,121.86 | $0.00 | | $67,500.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

A FINAL REPORT HAS BEEN FILED IN THIS CASE.

Initial Projected Date of Final Report (TFR): 06/15/2016   Current Projected Date of Final Report (TFR): 06/15/2016

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 15-01812 | Trustee Name: Frances Gecker |
| Case Name: HANI ASFOUR | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX2085 |
| | Checking |
| Taxpayer ID No: XX-XXX3472 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/20/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/21/15 | 6 | Maher S. Asfour<br>Cashier's Check<br>Bank of America | Sale order dated 10/21/15 | 1110-000 | $67,500.00 | | $67,500.00 |
| 12/29/15 | 5001 | CHICAGO REAL ESTATE RESOURCES | Real Estate Commission<br>Order dated 10/21/15 | 3510-000 | | $3,375.00 | $64,125.00 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.36 | $64,092.64 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $97.38 | $63,995.26 |
| 02/15/16 | 5002 | ADAMS-LEVINE<br>370 LEXINGTON AVENUE, SUITE 1101<br>NEW YORK, NEW YORK  10017 | BLANKET BOND NO. 10BSBGR6291 | 2300-000 | | $42.12 | $63,953.14 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $88.98 | $63,864.16 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $94.95 | $63,769.21 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $91.75 | $63,677.46 |
| 07/27/16 | 5003 | Frances Gecker<br>325 N. LaSalle Street<br>Chicago, IL  60654 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $6,625.00 | $57,052.46 |
| 07/27/16 | 5004 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, Illinois  60654 | Distribution | | | $13,393.45 | $43,659.01 |
| | | FRANKGECKER LLP | Final distribution representing a payment of 100.00 % per court order. ($13,182.00) | 3110-000 | | | |
| | | FRANKGECKER LLP | Final distribution representing a payment of 100.00 % per court order. ($211.45) | 3120-000 | | | |

Page Subtotals: $67,500.00   $23,840.99

UST Form 101-7-TDR (10/1/2010) (Page: 12)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-01812 | Trustee Name: Frances Gecker |
| Case Name: HANI ASFOUR | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX2085 |
| | Checking |
| Taxpayer ID No: XX-XXX3472 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/20/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/27/16 | 5005 | ALAN D. LASKO & ASSOCIATES P. C.<br>205 West Randolph Street<br>Suite 1150<br>Chicago, IL  60606 | Distribution | | | | $1,832.20 | $41,826.81 |
| | | ALAN D. LASKO & ASSOCIATES P. C. | Final distribution representing a payment of 100.00 % per court order. | ($1,810.60) | 3410-000 | | | |
| | | ALAN D. LASKO & ASSOCIATES P. C. | Final distribution representing a payment of 100.00 % per court order. | ($21.60) | 3420-000 | | | |
| 07/27/16 | 5006 | COMMONWEALTH EDISON COMPANY<br>3 LINCOLN CENTER<br>ATTN: BANKRUPTCY SECTION<br>OAKBROOK TERRACE, IL 60181 | Final distribution to claim 1 representing a payment of 6.60 % per court order. | | 7100-000 | | $356.92 | $41,469.89 |
| 07/27/16 | 5007 | BMO HARRIS BANK, N.A.<br>FRANCIS J PENDERGAST<br>ILL/CROWLEY & LAMB PC<br>221 N LASALLE STREET, SUITE 1550<br>CHICAGO, IL 60601 | Final distribution to claim 2 representing a payment of 6.60 % per court order. | | 7100-000 | | $38,681.30 | $2,788.59 |
| 07/27/16 | 5008 | DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Distribution | | | | $1,626.75 | $1,161.84 |
| | | DISCOVER BANK | Final distribution to claim 3 representing a payment of 6.60 % per court order. | ($527.95) | 7100-000 | | | |
| | | DISCOVER BANK | Final distribution to claim 4 representing a payment of 6.60 % per court order. | ($1,098.80) | 7100-000 | | | |
| 07/27/16 | 5009 | NICOR GAS<br>PO Box 549<br>Aurora, IL  60507 | Final distribution to claim 5 representing a payment of 6.60 % per court order. | | 7100-000 | | $20.38 | $1,141.46 |
| 07/27/16 | 5010 | ILLINOIS STATE LOTTERY<br>PO BOX 19080<br>SPRINGFIELD, IL 62794-9080 | Final distribution to claim 6 representing a payment of 6.60 % per court order. | | 7100-000 | | $1,021.63 | $119.83 |

Page Subtotals:   $0.00   $43,539.18

UST Form 101-7-TDR (10/1/2010)  *(Page: 13)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-01812 | Trustee Name: Frances Gecker |
| Case Name: HANI ASFOUR | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX2085 |
| | Checking |
| Taxpayer ID No: XX-XXX3472 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/20/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/27/16 | 5011 | LAW OFFICES OF MICHAEL DAVIES C/O DENNIS BOTH 1526 W. CHICAGO AVE. CHICAGO, IL 60642 | Final distribution to claim 7 representing a payment of 6.60 % per court order. | 7100-000 | | $119.83 | $0.00 |

| | | | |
|---|---|---|---|
| | COLUMN TOTALS | $67,500.00 | $67,500.00 |
| | Less: Bank Transfers/CD's | $0.00 | $0.00 |
| | Subtotal | $67,500.00 | $67,500.00 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $67,500.00 | $67,500.00 |

Page Subtotals: $0.00   $119.83

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2085 - Checking | $67,500.00 | $67,500.00 | $0.00 |
|  | $67,500.00 | $67,500.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| **Total Allocation Receipts:** | $0.00 |
| **Total Net Deposits:** | $67,500.00 |
| **Total Gross Receipts:** | $67,500.00 |

Page Subtotals: $0.00 $0.00